## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA NEWBERRY,**

**Plaintiff,**

**v.**

**DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS, DOLGENCORP
OF NEW YORK, INC. and DOLGENCORP
OF TEXAS, INC.,**

**Defendants.**                                                    **No. 10-318-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Joint Stipulation of Dismissal with Prejudice (Doc. 36) filed by Plaintiff Linda Newberry and Defendants Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., and Dolgencorp of Texas, Inc.  Specifically, the parties stipulate to the dismissal of this action with prejudice.  Accordingly, the Court **ACKNOWLEDGES** the Joint Stipulation of Dismissal with Prejudice (Doc. 36) and **DISMISSES with prejudice** the cause of action of Plaintiff against Defendants. The Clerk to enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 5th day of January, 2011.

David R. Herndon
2011.01.05
15:46:49 -06'00'

**Chief Judge**
**United States District Court**