IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA NEWBERRY,**

**Plaintiff,**

v.

**DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC. and DOLGENCORP OF TEXAS, INC.,**

**Defendants.**                                   No. 10-318-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 5, 2011, this case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                              BY:      /s/*Sandy Pannier*
                                        **Deputy Clerk**

Dated: January 5, 2011


                    David R. Herndon
                    2011.01.05
                    16:07:42 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT